## HYDE A. HARMAN *v.* WARDEN

The plaintiff's petition for certification for appeal from the Appellate Court is denied.

*Hyde A. Harman,* pro se, in support of the petition.

Decided January 31, 1989

## VINCENT BUILDERS, INC. *v.* AMERICAN APPLICATION SYSTEMS, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 16 Conn. App. 486, is denied.

*James R. Fogarty,* in support of the petition.

*Mark J. Kovack,* in opposition.

Decided January 31, 1989

## STATE OF CONNECTICUT *v.* JULIUS LEVINE

The defendant's petition for certification for appeal from the Appellate Court, 17 Conn. App. 257, is denied.

*William F. Gallagher,* in support of the petition.

*Geoffrey E. Marion,* deputy assistant state's attorney, in opposition.

Decided January 31, 1989

## RICHARD DANIELS *v.* CITY OF HARTFORD ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 17 Conn. App. 818, is denied.

*John P. Clarkson,* in support of the petition.

Decided January 31, 1989